HAROLD S. YARD, Appellant, v. THE HEARTHCOTE POTTERY COMPANY, LIMITED, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE EASTERN CONSTRUCTION CO., INC., Respondent, v. EASTERN ENGINEERING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and McAvoy, J., dissent.

ANDREE HAHN, Respondent, v. JOSEPH DUVEEN, Also Known as Sir JOSEPH DUVEEN, Appellant.— Order modified, so as to permit the defendant to cross-examine the witness Georges Sortais by means of oral interrogatories, and by providing that the parties shall each pay their own expenses, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB A. JACOBS, Respondent, v. NATHAN E. NEWMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX REINER, Appellant, v. PAUL RAUMINELLO and Another, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of ERNST MODERSOHN, as Committee of the Property of MARY HILLEN, an Incompetent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAZEL WIEDHOPF and Another, Respondents, v. ALBERT KELEMEN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES O'CONNOR, Appellant, v. JAMES J. WALKER, as Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDEL MARKOWITZ, Doing Business, etc., Appellant, v. NORTH BAY FUR CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCES B. GRAY, Respondent, v. PROPERTIES DEVELOPING CORPORATION and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY DRANOW, Respondent, v. ARTHUR C. KYLE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.